IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DERICK DUNCAN, PRO SE, TDCJ-CID No. 888241, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | 2:09-CV-0187 |
| NATHANIEL QUARTERMAN, BRAD LIVINGSTON, EDDIE L. WHEELER, MITCHELL L. BRADSHAW, DAISHA B. SIMMONS, PENNY S. TURNER, WILBURN D. HINSLEY, and CARROLL R. KRAHN, | § § § § § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff DERICK DUNCAN, while a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-referenced defendants and has been granted permission to proceed *in forma pauperis*.

On August 12, 2009 a Report and Recommendation was issued by the United States Magistrate Judge analyzing plaintiff's claims and recommending dismissal with prejudice. The Magistrate Judge further recommended that the Court decline to exercise pendant jurisdiction of any state law claims asserted; and they be dismissed without prejudice. *United Mine Workers v. Gibbs*, 383 U.S. 715, 86 S.Ct. 1130, 16 L.Ed.2d 218 (1966); *Corwin v. Marney, Orton Investments*, 843 F.2d 194, 200 (5th Cir.1988).

.	On August 21, 2009, plaintiff filed his "Motion for Leave to Object and Motion to Objection . . .."

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation, as well as the Objections filed by the plaintiff.

The Court is of the opinion that the objections of the plaintiff should be OVERRULED and the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does OVERRULE plaintiff's objections, and does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this Civil Rights Complaint is DISMISSED WITH PREJUDICE AS FRIVOLOUS. The Court declines to exercise pendent jurisdiction over any claims sounding in state law and such claims are DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

SIGNED AND ENTERED this 26th day of August, 2009.

/s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE